UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| RONALD M. DYER, | Civil No.  3:11-CV-05485-RJB-JRC |
| Plaintiff, | |
| vs. | ORDER OF REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

The court, having reviewed the record, including the Report and Recommendation (Dkt. 12), hereby finds and ORDERS:

The court does not adopt the Report and Recommendation.  Instead, the court ADOPTS the Stipulated Motion for Remand (Dkt. 11), filed by the parties on September 20, 2011.

Based on the stipulation of the parties pursuant to sentence six of 42 U.S.C. § 405(g), it is ORDERED that this matter is remanded to the Commissioner for a de novo hearing before an administrative law judge.

1   IT IS SO ORDERED this 29th day of September 2011.

2

3                                            /s/ Robert J. Bryan

4                                            ROBERT J. BRYAN
                                             United States District Judge
5

6

7   Presented By:

8   s/ Benjamin J. Groebner
    BENJAMIN J. GROEBNER, WSB#36808
9   Special Assistant United States Attorney
    Office of the General Counsel
10  Social Security Administration
    701 Fifth Avenue, Suite 2900 M/S 221A
11  Seattle, Washington 98104-7075
    Telephone:  (206) 615-2494
12  Fax:  (206) 615-2531
    benjamin.groebner@ssa.gov
13

14

15

16

17

18

19

20

21

22

23