# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| RONALD M. DYER,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. 3:11-CV-05485-RJB-JRC<br><br><br>ORDER OF REMAND |

　　　　The court, having reviewed the record, including the Report and Recommendation (Dkt. 12), hereby finds and ORDERS:

　　　　The court does not adopt the Report and Recommendation. Instead, the court ADOPTS the Stipulated Motion for Remand (Dkt. 11), filed by the parties on September 20, 2011.

　　　　Based on the stipulation of the parties pursuant to sentence six of 42 U.S.C. § 405(g), it is ORDERED that this matter is remanded to the Commissioner for a de novo hearing before an administrative law judge.

Page 1　　ORDER - [3:11-CV-05485-RJB-JRC]

IT IS SO ORDERED this 29th day of September 2011.

*ROBERT J. Bryan* (signature)

ROBERT J. BRYAN
United States District Judge

Presented By:

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER, WSB#36808
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
Telephone: (206) 615-2494
Fax: (206) 615-2531
benjamin.groebner@ssa.gov